UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT
_____

No. 99-50282
Summary Calendar
_____

PATRICIA WHITT,

Plaintiff-Appellant,

versus

KENNETH S. APFEL, COMMISSIONER
OF SOCIAL SECURITY,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Western District of Texas
(SA-97-CV-1180)
_____

January 4, 2000

Before SMITH, BARKSDALE, and PARKER, Circuit Judges.

PER CURIAM:[*]

Patricia Whitt appeals the district court's judgment affirming the denial of her application for supplemental security income. Whitt contends that the determination of the Administrative Law Judge (ALJ) regarding her disability status was *not* supported by substantial evidence. Specifically, she asserts that the ALJ erred in disregarding her subjective complaints of severe pain, and in failing to recognize and include her somatoform disorder in the residual-functional-capacity assessment.

_____

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

- 1 -

Based on our review of the record, the ALJ's decisions regarding Whitt's residual functional capacity, her alleged somatoform disorder, and her disability status were supported by substantial evidence. *See* **Leggett v. Chater**, 67 F.3d 558, 564 (5th Cir. 1995).

Whitt also contends that the ALJ failed to fully develop the record as to the alleged existence of her somatoform disorder, but she fails to specify what evidence was *not* included in the record. This claim lacks merit.

*AFFIRMED*